JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, | )<br>) |
| Petitioner, | ) No. CV 09-05324-MMM (AJW)<br>) |
| vs. | )<br>) JUDGMENT |
| JOHN DOE, et al., | )<br>) |
| Respondents. | ) |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: October 30, 2009

_____
Margaret M. Morrow
United States District Judge